UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

RECEIVED
BY MAIL
MAR 14 2005
CLERK, US DIST. COURT
ST. PAUL, MN

TYRONE POWELL
Petitioner

Vs.

UNITED STATES OF AMERICA
Respondent

Case No.
CR02-63-(2)-PAM/JGL
CV 05-540 PAM

MOTION TO AMEND PREVIOUS 2255 MOTION

Comes now the Petitioner/Defendant, Tyrone Powell, pro se, to file this motion to amend to previous 2255 motion, pursuant to the recent Supreme Court rulings pertaining to Sentencing violation of the 5th and 6th Amendment of the U.S. Constitution.

MEMORANDUM OF LAW IS ATTACHED

Respectfully Submitted,

Tyrone Powell

Tyrone Powell
Reg# 10412-041

SCANNED
MAR 15 2005
U.S. DISTRICT COURT ST. PAUL

AO 243 (Rev. 2/95)

**PETITION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| UNITED STATES DISTRICT COURT | District Of Minnesota | |
|---|---|---|
| Name of Movant: Tyrone Powell | Prisoner No. 1o412-041 | Case No. cr02-63-(2)-pam/jgl |
| Place of Confinement: Federal Medical Center P.O.Box [illegible] Lexington, KY 40512 | | |

UNITED STATES OF AMERICA v. Tyrone Powell (name under which convicted)

RECEIVED
BY MAIL
MAR 14 2005
CLERK, US DIST. COURT
ST. PAUL, MN

**MOTION**

1. Name and location of court which entered the judgment of conviction under attack Warren E. Burger Building 316 North Robert Street St.Paul, MN 55101-1460

2. Date of judgment of conviction Feb. 10 2003

3. Length of sentence 120 Months

4. Nature of offense involved (all counts) Title 21 USC 841 and 846 (b)(1)(A). Conspiracy to distribute and to possess with intent to distribute.

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:
   N/A

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☒

7. Did you testify at the trial?
   Yes ☐ No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒ No ☐

AO 243 (Rev. 2/95)

9. If you did appeal, answer the following:

(a) Name of court United States Court of Appeals Eighth Circuit

(b) Result Dismissed

(c) Date of result November 7, 2003

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?

Yes ☒ No ☐

11. If your answer to 10 was "yes," give the following information:

(a) (1) Name of court Warren E. Burger District Court of Minn.

(2) Nature of proceeding Title 28 USC 2255

(3) Grounds raised Ineffective assistance of counsel

(4) Did you receive an evidentiary hearing on your petition, application or motion?

Yes ☐ No ☒

(5) Result Motion dismissed pursuant to motion filed by government.

(6) Date of result Jan. 6, 2004

(b) As to any second petition, application or motion give the same information:

(1) Name of court N/A

(2) Nature of proceeding N/A

(3) Grounds raised N/A

AO 243 (Rev. 2/95)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☐

(5) Result N/A

(6) Date of result N/A

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc. Yes ☐ No ☒
(2) Second petition, etc. Yes ☐ No ☒

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

N/A

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

Caution: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

AO 243 (Rev. 2/95)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A. Ground one: Erroneous attribution of USSG 4a1.(1)(d).

Supporting FACTS (state *briefly* without citing cases or law)

However now through the exercise of due dilligence petitioner brings forth said documents proving said enhancement was applied in error pursuant to Title 28 USC 2255 section (4) under the amended 2255. (see attached memorandum).And exhibit A)

B. Ground two: Violation of the 5ht and 6th Amendment of the U.S. Const.

Supporting FACTS (state *briefly* without citing cases or law)

See attached motion to amend and attached memorandum

C. Ground three:

Supporting FACTS (state *briefly* without citing cases or law)

AO 243 (Rev. 2/95)

N/A

D. Ground four:

Supporting FACTS (state *briefly* without citing cases or law)

N/A

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state *briefly* what grounds were not so presented, and give your reasons for not presenting them:

N/A

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?

Yes ☐ No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

(a) At preliminary hearing Kyle White, Attorney at law 101 East Fifth St. 2314 St.Paul Min. 55101

(b) At arraignment and plea same

(c) At trial same

(d) At sentencing same

AO 243 (Rev. 2/95)

(e) On appeal same

(f) In any post-conviction proceeding N/A

(g) On appeal from any adverse ruling in a post-conviction proceeding N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time? N/A
Yes ☐ No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☐ N/A

(a) If so, give name and location of court which imposed sentence to be served in the future:
N/A

(b) Give date and length of the above sentence: N/A

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐ No ☐

Wherefore, movant prays that the Court grant petitioner relief to which he or she may be entitled in this proceeding.

Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

6-27-04
(Date)

Lyrone Pankell
Signature of Movant