# CERTIFICATE OF SERVICE

I hereby certify that the foregoing is a true and exact copy and has been placed in the U.S. mail to the following:

United States Attorney's Office
(District of Minnesota)
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

RECEIVED
BY MAIL
MAR 14 2005
CLERK, US DIST. COURT
ST. PAUL, MN

United States District Court
(District of Minnesota)
700 Federal Building
316 North Robert Street
St. Paul, MN 55101

Respectfully Submitted

Tyrone Powell
Reg#10412-041
Federal Medical Center
P.O. BOX 14500
Lexington, Kentucky
40512

SCANNED
MAR 15 2005
U.S. DISTRICT COURT ST. PAUL