UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 02-63(2)(PAM/JGL)
CIVIL NO. 05-540(PAM)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| v. | ) | |
| | ) | |
| TYRONE POWELL, | ) | |
| | ) | |
| Defendant. | ) | |

I hereby certify that on March 21, 2005, I caused the following documents

**GOVERNMENT'S MOTION TO DISMISS POWELL'S HABEAS MOTION PURSUANT TO 28 U.S.C. § 2255**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of electronic filing to the following:

I further certify that I caused a copy of the foregoing document and the notice of electronic filing to be mailed by first-class mail, postage prepaid, to the following non-ECF participants:

Tyrone Powell, Pro Se.
Prisoner Number 01412-041
Federal Medical Center
PO Box 14500
Lexington, KY 40512-4500

THOMAS B. HEFFELFINGER
United States Attorney

s/Joseph T. Dixon
BY: JOSEPH T. DIXON, III
Assistant U.S. Attorney
Attorney ID No. 0283903